# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JAMES ZOW, SR. and VERONICA ZOW, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. CV413-190 |
| ) | |
| REGIONS FINANCIAL CORPORATION, ) | |
| REGIONS BANK, d/b/a Regions Mortgage, ) | |
| MERSCORP HOLDINGS, INC., and ) | |
| MORTGAGE ELECTRONIC ) | |
| REGISTRATION SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |

# ORDER

Let a copy of this Report and Recommendation be served upon plaintiff and counsel for defendants. Any objections to this Report and Recommendation must be filed with the Clerk of Court not later than February 28, 2014. The Clerk shall submit this Report and Recommendation together with any objections to the Honorable B. Avant Edenfield, United States District Judge, on March 3, 2014. Failure to file an objection within the specified time means that this Report and Recommendation may become the opinion and order of the Court, <u>Nettles v. Wainwright</u>, 677 F.2d 404 (5th Cir. 1982), and further waives the right to appeal the District Court's Order. <u>Thomas v. Arn</u>, 474 U.S. 140 (1985).

All requests for additional time to file objections to this Report and Recommendation should be filed with the Clerk for consideration by the District Judge to whom this case is assigned.

**SO ORDERED** this __14th__ day of February, 2014.

                                                   /s/ G.R. SMITH
                                                 **UNITED STATES MAGISTRATE JUDGE**
                                                 **SOUTHERN DISTRICT OF GEORGIA**