UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JAMES ZOW, SR. AND VERONICA ZOW, )
)
    Plaintiffs, )
)
v. ) 4:13-cv-190
)
REGIONS FINANCIAL CORP., et al., )
)
    Defendants. )
)

## ORDER

James Zow, Sr. and Veronica Zow filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). ECF No. 88. Whether a plaintiff may voluntarily dismiss a case pursuant to Rule 41(a)(1)(A)(i) following a Magistrate Judge's recommendation to dismiss a case pursuant to Rule 12(b)(6) is an unsettled question. *Compare Carter v. United States*, 547 F.2d 258, 259 (5th Cir. 1977), *with Davis v. Huskipower Outdoor Equip. Corp.*, 936 F.2d 193, 199 (5th Cir. 1991); *Edler v. Schwarz*, No. 5:08cv275, 2010 WL 3211927, at *1 (N.D. Fla. Aug. 11, 2010). The Court must further consider this issue, and parties may file briefs with the Court on the matter within 14 days of this order. No responsive briefing will be necessary.

Should the Court determine that the Plaintiffs may not dismiss this case pursuant to Rule 41(a)(1)(A)(i), the Court will consider the substance of the Magistrate Judge's Report & Recommendation ("R&R"), ECF No. 83. The Plaintiffs may still file an objection to the R&R, and the Court, out of fairness, extends the deadline for objection to March 7, 2014.

The 26 day of February, 2014

                    B. AVANT EDENFIELD, JUDGE
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF GEORGIA